HUGHES BLOOMINGDALE BUTLER, as Executrix and Trustee, etc., Appellant; RICHMOND J. REESE, as Executor, etc., and Others, Respondents. (Appeal No. 2.) — Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of GEANNE HUGHES BLOOMINGDALE (BUTLER), Executrix and Trustee, etc., of IRVING I. BLOOMINGDALE, Deceased, for the Reduction of Bond and for the Discharge and Substitution of Surety. GEANNE H. B. BUTLER, as Executrix and Trustee, etc., Appellant; RICHMOND J. REESE, as Executor, etc., and Others, Respondents, Impleaded with Others. (Appeal No. 4.) — Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of GEANNE HUGHES BLOOMINGDALE (BUTLER), Executrix and Trustee, etc., of IRVING I. BLOOMINGDALE, Deceased, for the Reduction of Bond and for the Discharge and Substitution of Surety. GEANNE HUGHES BLOOMINGDALE BUTLER, as Executrix and Trustee, etc., Appellant; DONALD BLOOMINGDALE and Others, Respondents, Impleaded with Others. (Appeal No. 5.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROSALIE BANNER BLOOMINGDALE and Another, Respondents, v. GEANNE HUGHES BLOOMINGDALE (BUTLER), Individually and as Executrix and as Trustee of the Estate of IRVING I. BLOOMINGDALE, Deceased, Appellant, Impleaded with Others, Defendants. (Appeal No. 6.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROSALIE BANNER BLOOMINGDALE and Another, Plaintiffs, v. GEANNE HUGHES BLOOMINGDALE (BUTLER), Individually and as Executrix and as Trustee of the Estate of IRVING I. BLOOMINGDALE, Deceased, Defendant, Appellant, and RICHMOND J. REESE, as Executor and as Trustee of the Estate of IRVING I. BLOOMINGDALE, Deceased, Defendant, Respondent, Impleaded with Others, Defendants. (Appeal No. 7.) — Judgment and order unanimously reversed, with costs, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROSALIE BANNER BLOOMINGDALE and Another, Respondents, v. GEANNE HUGHES BLOOMINGDALE (BUTLER), Individually and as Executrix and as Trustee of the Estate of IRVING I. BLOOMINGDALE, Deceased, Defendant, Appellant, and RICHMOND J. REESE, as Executor and as Trustee of the Estate of IRVING I. BLOOMINGDALE, Deceased, Defendant, Respondent, Impleaded with Others, Defendants. (Appeal No. 8.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ELINOR M. HENRY, Respondent, v. CAREFUL SERVICE GARAGE, INC., Appellant, Impleaded with Another, Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MARY NUNES, as Administratrix, etc., of FRANK NUNES, Deceased, Respondent, v. SACHS QUALITY FURNITURE CO., INC., and Others, Appellants, Impleaded with Another, Defendant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipu-